RECEIVED
IN LAFAYETTE, LA.
JAN 24 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **VALLIE LANDRY** | **CIVIL ACTION 010-1424** |
| **VERSUS** | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of objections, it is hereby held that the Report and Recommendation of the Magistrate Judge is correct and the findings and conclusions therein are adopted by this Court as its own.

Accordingly, the decision of the Commissioner is Affirmed and this action is **DISMISSED** with prejudice.

**THUS DONE** and **SIGNED** on this the 24th day of January, 2012.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA